## *OFFICE OF THE CHAPTER 13 STANDING TRUSTEE*

**Andrew B. Finberg, Chapter 13 Standing Trustee**
**Cherry Tree Corporate Center**
**535 Route 38, Suite 580**
**Cherry Hill, NJ 08002**
**(856) 663-5002**

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**
**(Camden)**

| | |
|---|---|
| IN RE:<br><br>**ANTHONY J. DINUOVA**<br><br>**Debtor(s)** | Case No.   24-14168 (JNP)<br><br>Hearing Date:   N/A<br><br>Judge:   Jerrold N. Poslusny, Jr. |

CERTIFICATION OF CONSENT
RESOLVING BAD FAITH FILINGS AND
ALLOWING CASE TO CONTINUE

      I, **ANDREW B. FINBERG,** Chapter 13 Standing Trustee, certify that with respect to the copy of the above-captioned Consent Order submitted to the Court, the following conditions have been met;

(a)    The terms of the copy of the Consent Order submitted to the Court are identical to those set forth in the original Consent Order;

(b)    The signatures represented by the /s/_____ on the copy of the consent order submitted to the Court reference the signatures of consenting parties obtained on the original consent order;

(c)    I will retain the original Consent Order for a period of seven years from the date of closing of the case or adversary proceeding.

(d)    I will make the original Consent Order available for inspection upon request of the Court or any party in interest; and

(e)    If submitting the Consent Order and this Certification to the Court electronically via the presiding Judge's e mail box, as a registered Participant of the Court's Case Management / Electronic Files (CM/ECF) System, I will simultaneously electronically file this certification with the Court, by use of my login and password, thereby signing same for all purposes including those under Fed. R. Bankr. P 9011.

                                                                             */s/ Andrew B. Finberg*
                                                                             Andrew B. Finberg
                                                                             Chapter 13 Standing Trustee