| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>Andrew B. Finberg, Esquire<br>Chapter 13 Standing Trustee<br>Cherry Tree Corporate Center<br>535 Route 38, Suite 580<br>Cherry Hill, NJ  08002-2977<br>(856) 663-5002 | **Order Filed on May 8, 2024<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br><br>ANTHONY J. DINUOVA<br><br>                Debtor(s) | Case No. 24-14168 (JNP)<br><br>Judge:  Jerrold N. Poslusny, Jr. |

## CONSENT ORDER
## RESOLVING BAD FAITH FILINGS AND ALLOWING CASE TO CONTINUE

    The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: May 8, 2024**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

**(Page 2)**
Debtor:        Anthony J. Dinuova
Case No.    24-14168 (JNP)
**CONSENT ORDER RESOLVING BAD FAITH FILINGS AND ALLOWING CASE TO CONTINUE**

___

Upon agreement with the Trustee and Debtor, for bad faith filing pursuant to 11 U.S.C. §1307 (c) and good cause appearing therefore, it is hereby;

**ORDERED** that Debtor's Chapter 13 case number 24-14168 (JNP) is hereby allowed to continue;

**IT IS FURTHER ORDERED** that if the Debtor's instant Chapter 13 case should be dismissed, the Debtors shall be barred from filing for bankruptcy protection under Chapter 13 for a period of 180 days from the date of dismissal of Debtor's case.

| | |
|---|---|
| /s/ Jeffrey Jenkins | 5/6/2024 |
| Jenkins Law Group, Esquire | Date |
| Counsel for Debtor | |

| | |
|---|---|
| /s/ Andrew B. Finberg | 5/6/2024 |
| Andrew B. Finberg | Date |
| Chapter 13 Standing Trustee | |