UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re:                                                                                                  Bankr. Case No. 24-14168-JNP

Anthony J. DiNuova                                                                              Chapter 13

       Debtor(s)

**REQUEST FOR NOTICE**

    Pursuant to Rule 2002(g), AmeriCredit Financial Services, Inc. dba GM Financial hereby requests that all notices, pleadings and other documents in this case be served upon it at the following address:

        AmeriCredit Financial Services, Inc. dba GM Financial
        PO Box 183853
        Arlington, TX  76096

By   /s/   Mandy Youngblood

     Mandy Youngblood
     PO Box 183853
     Arlington, TX  76096
     877-203-5538
     877-259-6417
     Customer.service.bk@gmfinancial.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re:  Bankr. Case No. 24-14168-JNP

Anthony J. DiNuova  Chapter 13

    Debtor(s)

**Certificate of Service**

This Request for Notice was served electronically on the following individuals on May 3, 2024 :

Jeffrey E. Jenkins
412 S WHITE HORSE PIKE
AUDUBON, NJ  08106

Andrew Finberg
525 Route 73 South, Suite 200
Marlton, NJ 08053

By /s/  Mandy Youngblood
    Mandy Youngblood

xxxxx86831 / 1091620