Eisenberg Gold & Agrawal, P.C.
1040 Kings Hwy N #200
Cherry Hill, NJ 08034
Attorney for AmeriCredit Financial
Services, Inc. dba GM Financial

|  |  |
|---|---|
| IN RE:    ANTHONY J. DINUOVA | UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY |
|  | CHAPTER: 13<br>CASE NO: 24-14168 (JNP)<br>HEARING DATE: |
|  | NOTICE OF APPEARANCE AND REQUEST FOR ALL NOTICES, PLAN AND DISCLOSURE STATEMENTS |

AmeriCredit Financial Services, Inc. dba GM Financialenters its appearance and the law firm of Eisenberg Gold & Agrawal, P.C., pursuant to Fed R Bankr P 9010, hereby enters their appearance as attorneys for GM Financial with regard to all matters and proceedings in the above captioned case, showing counsel's name, office address and telephone number as follows:

Eisenberg Gold & Agrawal, P.C.
1040 Kings Hwy N #200
Cherry Hill, NJ 08034
(856) 330-6200

AmeriCredit Financial Services, Inc. dba GM Financialpursuant to Fed R Bankr P 2002, hereby requests that all notices required to be given under Fed R Bankr P 2002, including notices under Fed R Bankr P 2002(I), that, but for this Request, would be provided only to committees appointed pursuant to the Bankruptcy Code or their authorized agents, be given to GM Financial by due service upon its undersigned attorneys at the address stated above and also to it at the following address:

AmeriCredit Financial
Services, Inc. dba GM Financial
4000 Embarcadero Dr.
Arlington, TX 76014

    AmeriCredit Financial Services, Inc. dba GM Financial pursuant to Fed R Bankr P 3017(a), further requests that all plans and disclosure statements filed herein by any party be duly served upon it and its undersigned attorneys.

                          /s/ William E. Craig
                          William E. Craig, Esquire
                          Attorney for AmeriCredit Financial Services,
                          Inc. dba GM Financial

Dated: 5/21/24