Form 132 − 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  24−14168−JNP
Chapter:  13
Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Anthony J. DiNuova
   2413 Hartford Dr
   Glendora, NJ 08029−1756

Social Security No.:
   xxx−xx−9728

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:              6/26/24
Time:              10:00 AM
Location:          4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

   An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

   **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: May 21, 2024
JAN: lgr

                              Jeanne Naughton
                              Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 24-14168-JNP |
| Anthony J. DiNuova | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 3 |
| Date Rcvd: May 21, 2024 | Form ID: 132 | Total Noticed: 49 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^        Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 23, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Anthony J. DiNuova, 2413 Hartford Dr, Glendora, NJ 08029-1756 |
| 520234942 | + | AMCA, PO Box 1235, Elmsford NY 10523-0935 |
| 520234941 | | Aetna, co ORS, PO Box 2911269, Nashville TN 372291269 |
| 520234944 | + | Breg Inc, co Benuck Rainey Inc, 25 Concord Road, Lee NH 03861-6624 |
| 520234946 | | Capital One Bank, co Pressler Pressler, 7 Entin Road, Parsippany NJ 070545020 |
| 520234945 | + | Capital One Bank, 5800 North Course Drive, Houston TX 77072-1613 |
| 520234947 | + | Capital One Bank USA, 810 Bloomfield Avenue, Caldwell NJ 07006-6700 |
| 520234948 | + | Capital One Bank USA NA, co Hayt Hyt Landau LLC, Two Industrial Way West, Eatontown NJ 07724-2265 |
| 520234951 | | Citizens Bank, co Central Credit Services LLC, PO Box 1880, Saint Charles MO 633021880 |
| 520234954 | | Cooper University Health Care, co Arcadia Recovery Bureau LLC, PO Box 70256, Philadelphia PA 191760256 |
| 520234953 | | Cooper University Health Care, PO Box 95000, Philadelphia PA 191950001 |
| 520234956 | | Emerg Phy Assoc of S Jersey, co ARS, PO Box 630806, Cincinnati OH 452630806 |
| 520234957 | | Emerg Phy Assoc of SJ, co HRRG, PO Box 5406 Suite 100, Cincinnati OH 452737942 |
| 520252035 | + | Gloucester Township Sewer Utility, PO Box 216, G1endora, NJ 08029-0216 |
| 520234962 | + | HSBC Bank Nevada NAOrchard Bank, 330 S Warminster Road Suite 353, Hatboro PA 19040-3433 |
| 520234963 | | HSBC Card Services, PO Box 385908, Minneapolis MN 554385908 |
| 520234961 | | Haddon Emergency Physicians, co Transworld Systems Inc, PO Box 15095, 198505095 |
| 520234960 | | Haddon Emergency Physicians, co Harvard Collection, 4839 N Elston Avenue, Chicago IL 606302534 |
| 520234965 | + | Kennedy Health System, so Jefferson Cherry Hill Hospital, 2201 Chapel Avenue West, Cherry Hill NJ 08002-2048 |
| 520234966 | | Kennedy Health System, PO Box 958, Woodbury NJ 08096 |
| 520234968 | + | Life Storage, 851 North Black Horse Pike, Blackwood NJ 08012-3936 |
| 520234969 | | Mainline Emergency Medicine, PO Box 415751, Boston MA 022415751 |
| 520234972 | | Millennium Health LLC, PO Box 844468, Dallas TX 752844468 |
| 520234974 | + | Paula DiNuova, 2413 Hartford Drive, Glendora NJ 08029-1756 |
| 520234975 | + | Progressive Garden State Ins Co, co Credit Collection Services, 725 Canton Street, Norwood MA 02062-2679 |
| 520234979 | + | Select Portfolio Servicing, co KML LAw Group PC, 216 Haddon Avenue Suite 406, Collingswood NJ 08108-2812 |
| 520234982 | + | Temple University Hospital, 3401 North Broad Street, Philadelphia PA 19140-5189 |
| 520234983 | + | Virtua Health System, co Apex Asset Management LLC, PO Box 7044, Lancaster PA 17604-7044 |
| 520234984 | | Virtua West Jersey Health System, PO Box 8500, Philadelphia PA 191788267 |

TOTAL: 29

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | May 21 2024 20:24:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | May 21 2024 20:24:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520253830 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | May 21 2024 20:24:00 | AmeriCredit Financial Services, Inc., dba GM Financial, P O Box 183853, Arlington, TX 76096 |
| 520234943 | + | Email/Text: BarclaysBankDelaware@tsico.com | May 21 2024 20:24:00 | Barclays Bank Delaware, PO Box 8803, Wilmington DE 19899-8803 |

| Recipient # | | Notice Method | Date/Time | Address |
|---|---|---|---|---|
| 520234949 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 21 2024 20:42:38 | Capital One Bank USA NA, PO Box 71083, Charlotte NC 282721083 |
| 520234950 | + | Email/Text: bankruptcy@cavps.com | May 21 2024 20:25:00 | Cavalry Portfolio Services, 500 Summit Lake Drive Suite 400, Valhalla NY 10595-2321 |
| 520234952 | + | Email/Text: documentfiling@lciinc.com | May 21 2024 20:23:00 | Comcast Xfinity, PO Box 70219, Philadelphia PA 19176-0219 |
| 520234955 | + | Email/PDF: creditonebknotifications@resurgent.com | May 21 2024 20:30:47 | Credit One Bank, PO Box 60500, City of Industry CA 91716-0500 |
| 520234958 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | May 21 2024 20:24:00 | GMAC, Payment Processing Center, PO Box 78143, Phoenix AZ 850628143 |
| 520234959 | + | Email/Text: tlynch@gtmua.com | May 21 2024 20:25:00 | GTMUA, PO Box 216, Glendora NJ 08029-0216 |
| 520234964 | | Email/Text: mail@jjenkinslawgroup.com | May 21 2024 20:24:00 | Jenkins Law Group, 412 S Whitehorse Pike, Audubon NJ 08106 |
| 520234967 | ^ | MEBN | May 21 2024 20:18:56 | KML Law Group, 701 Market Street Suite 5000 BNY, Philadelphia PA 19106-1541 |
| 520234970 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | May 21 2024 20:30:11 | Merrick Bank, PO Box 660702, Dallas TX 75266-0702 |
| 520234971 | + | Email/Text: bankruptcydpt@mcmcg.com | May 21 2024 20:24:00 | Midland Funding LLC, 3111 Camino Del Rio North Suite 1300, San Diego CA 92108-5750 |
| 520234972 | ^ | MEBN | May 21 2024 20:17:47 | Millennium Health LLC, PO Box 844468, Dallas TX 752844468 |
| 520234973 | + | Email/Text: csc.bankruptcy@amwater.com | May 21 2024 20:25:00 | New Jersey American Water, PO Box 578, Alton IL 62002-0578 |
| 520234976 | ^ | MEBN | May 21 2024 20:18:27 | PSEG, PO Box 14444, New Brunswick NJ 08906-4444 |
| 520234977 | + | Email/Text: bankruptcy_notifications@ccsusa.com | May 21 2024 20:25:00 | Quest Diagnostics, co Credit Collection Services, Two Wells Avenue, Newton Center MA 02459-3225 |
| 520234981 | | Email/PDF: ais.sprint.ebn@aisinfo.com | May 21 2024 20:43:43 | Sprint, PO Box 4191, Carol Stream IL 60197 |
| 520234978 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | May 21 2024 20:25:00 | Select Portfolio Servicing, PO Box 65250, Salt Lake City UT 841650250 |
| 520234980 | ^ | MEBN | May 21 2024 20:19:08 | South Jersey Gas, Po Box 6091, Bellmawr NJ 080996091 |

TOTAL: 21

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 23, 2024               Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 21, 2024 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Andrew B Finberg | ecfmail@standingtrustee.com |
| Andrew B Finberg | on behalf of Trustee Andrew B Finberg ecfmail@standingtrustee.com |
| Denise E. Carlon | on behalf of Creditor U.S. Bank Trust Company  National Association, as Trustee, as successor-in-interest to U.S. Bank National Association, successor trustee to LaSalle Bank National Association, as trustee for Bear Stea dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jeffrey E. Jenkins | on behalf of Debtor Anthony J. DiNuova mail@jjenkinslawgroup.com  JenkinsClayman@jubileebk.net |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5