Order Filed on June 18, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**JENKINS LAW GROUP**<br>Jeffrey E. Jenkins, Esquire<br>412 White Horse Pike<br>Audubon, NJ 08106<br>(856) 546-9696<br>Attorneys for the Debtor | |
| In Re:<br><br>Anthony J. DiNuova,<br>Debtor | Case No.:   24-14168<br><br>Adv. No.:<br><br>Hearing Date:   6/18/24 @ 11:00 AM<br><br>Judge:   JNP |

Recommended Local Form:   ☒ Followed   ☐ Modified

### ORDER ON MOTION TO IMPOSE THE STAY AS TO ALL CREDITORS

The relief set forth on the following page, number two (2) is hereby **ORDERED.**

**DATED: June 18, 2024**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

This matter having been presented to the Court by Jenkins Law Group and the court having reviewed the motion and any opposition filed, and for good cause having been shown, it is

**ORDERED** that:

1. The automatic stay provisions to the bankruptcy code are hereby imposed as to all creditors in this Chapter 13 case.